

# In the Missouri Court of Appeals
## Eastern District

APRIL 21, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED100709    STATE OF MISSOURI, RES V EDDIE BROWN, APP

2.    ED100793 STATE OF MISSOURI, RES V EVRICK BROWN, APP

3.    ED101005 STATE OF MO, RES V. ANTHONY FINERSON, APP

4.    ED101094 LARRY BETZEL, APP V STATE OF MISSOURI, RES

5.    ED101146 COREY T. BUCKLEY, APP V. STATE OF MISSOURI, RES

6.    ED101442 BARRY A. YARDLEY, APP V STATE OF MISSOURI, RES

7.    ED101500 STATE OF MISSOURI, RES V. DALE M. WRIGHT, APP